| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Douglas A Plazak<br>POB 1300<br>Riverside, CA 92502<br><br>951–682–1771<br><br><br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE**

| In re:<br><br>Lucia Francia<br><br><br><br><br>Debtor(s). | CASE NO.: 6:19–bk–13413–WJ<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 6:20–ap–01137–WJ |
|---|---|
| Robert S. Whitmore<br><br><br>Plaintiff(s)<br>Versus<br>Nelson Francia dba Nelson Francia Trucking Company<br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **09/17/2020.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
    **Date:**     **November 5, 2020**
    **Time:**     **10:30 AM**
    **Hearing Judge:**     **Wayne E. Johnson**
    **Location:**     **3420 Twelfth St., Crtrm 304, Riverside, CA 92501**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*      Page 1      **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                         **KATHLEEN J. CAMPBELL**
                                         **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: August 18, 2020

                                           By: _____"s/" Yvonne Gooch_____

                                                  Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                     Page 2                                 **F 7004–1.SUMMONS.ADV.PROC**

1  Douglas A. Plazak, State Bar No. 181709
   dplazak@rhlaw.com
2  REID & HELLYER APC
   3685 Main Street, Suite 300
3  P.O. Box 1300
   Riverside, California 92502-1300
4  Telephone: (951) 682-1771
   Facsimile: (951) 686-2415
5
   Attorneys for Robert S. Whitmore,
6  Chapter 7 Trustee

7

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re Lucia Francia,<br><br>Debtor. | Case No. 6:19-bk-13413WJ<br><br>Chapter 7 |
| Robert S. Whitmore, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>Nelson Francia dba Nelson Francia Trucking Company,<br><br>Defendant. | Adv. No.<br><br>**COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 542 AND 543**<br><br>**Status Conference:**<br>Date: _____<br>Time: _____<br>Courtroom:  #304, Third Floor<br>3420 Twelfth Street<br>Riverside, CA 92501 |

Plaintiff, Robert S. Whitmore, Chapter 7 Trustee for the Bankruptcy Estate of Lucia Francia ("Trustee" and/or "Plaintiff") alleges as follows:

////

////

////

////

## JURISDICTION AND VENUE

1. This adversary proceeding is brought pursuant to rule 7001 of the Federal Rules of Bankruptcy Procedure seeking relief in accordance with sections 363(h), 542 and 543 of Title 11 of the United States Code, and 3439.04, 3439.05 and 3409.07 of the California Civil Code.  This court has jurisdiction over this adversary proceeding by virtue of 28 U.S.C.§§ 157 and 1334.

2. This action is a core proceeding under 28 U.S.C. § 157.

3. Venue of this adversary proceeding in this district is proper pursuant to 28 U.S.C. § 1409(a)

## PARTIES

4. The Trustee is the duly appointed and qualified chapter 7 trustee in the case of Debtor, Lucia Francia ("Debtor").

5. Trustee is informed and believes, and thereon alleges, that Defendant, Nelson Francia ("Defendant"), is an individual, residing in Bakersfield, California.

## BACKGROUND

6. Debtor filed a voluntary chapter 7 petition on April 23, 2019.

7. Trustee is informed and believes, and thereon alleges, that Debtor and Defendant are husband and wife and were married on the date of the bankruptcy filing.

8. Trustee is informed and believes, that Debtor and Defendant, jointly owned, on the date of filing certain trucks, a list of which are set forth in Exhibit 1 attached hereto.

9. Trustee is informed and believes that Defendant is the 100% owner and operator of a business known as Nelson Francia Trucking Company ("FTC") and that FTC uses the truck assets are property of Debtor's Bankruptcy Estate.

////

////

////

### FIRST CLAIM FOR RELIEF

### [Declaratory Relief]

10. Trustee hereby incorporates Paragraphs 1 through 9 herein as though set forth at length.

11. Trustee contends that the Debtor's estate holds a community property interest in and to the assets of Defendant and FTC, as more particularly set forth in Exhibit 1.

### SECOND CLAIM FOR RELIEF

### [Turnover of Property of the Estate - 11 U.S.C. § 542 and 543]

12. Trustee hereby incorporates Paragraphs 1 through 11 herein as though set forth at length.

13. To the extent that the estate is determined to have an interest in the assets of Defendant and FTC and more particularly set forth in Exhibit 1, Trustee is entitled to turnover of such property, or the value thereof, pursuant to 11 U.S.C. §§ 542 and 543.

**WHEREFORE**, Trustee prays for relief as follows:

1. On the First Claim for Relief, a determination as to the nature and extent of the estate's interest in the assets of Defendant and FTC;

2. On the Second Claim for Relief, for an order compelling Defendant to turnover such property to the Trustee, or the value thereof;

3. For costs of suit; and

4. For such other and further relief as the Court deems just and proper.

DATED: August 18, 2020                REID & HELLYER, APC

By: /s/ Douglas A. Plazak
    Douglas A. Plazak
    Attorneys for Robert S. Whitmore

# EXHIBIT 1

## NELSON FRANCIA TRUCKING

| Description | Actual Miles | FMV-2017 |
|---|---|---|
| 2005 International Bobtail | 1560000 | $4,000.00 |
| 2005 International Bobtail | 1560000 | $4,000.00 |
| 2006 Freigthliner Bobtail | 1500000 | $4,500.00 |
| 2006 Freigthliner Bobtail | 1430000 | $4,850.00 |
| 2006 Freightliner Bobtail | 1430000 | $4,850.00 |
| 2006 Freightliner Bobtail | 1430000 | $5,000.00 |
| 2006 Freightliner Bobtail | 1430000 | $5,000.00 |
| 2006 Freightliner Bobtail | 1430000 | $5,000.00 |
| 2007 Freightliner Bobtail | 1550000 | $6,850.00 |
| 2007 Freightliner bobtail | 1650000 | $6,850.00 |
| 2007 Freightliner Bobtail | 1570000 | $6,850.00 |
| 2007 Freightliner Bobtail | 1350000 | $6,850.00 |
| 2009 Freightliner | 1250000 | $8,500.00 |
| 2009 Freightliner | 1240000 | $9,550.00 |
| 2009 Freightliner | 1240000 | $9,550.00 |
| 2010 Freightliner | 1040000 | $7,500.00 |
| 2010 Freightliner | 950000 | $10,000.00 |
| 2010 Freightliner | 900000 | $13,750.00 |
| 2011 Freightliner | 820000 | $10,850.00 |
| 2011 Freightliner | 880000 | $16,550.00 |
| 2012 Freightliner Two Axles | 855000 | $16,550.00 |
| 2013 Freightliner | 620000 | $18,350.00 |
| 2013 Freightliner | 450000 | $18,250.00 |
| 2013 Freightliner | 800000 | $18,650.00 |
| 2013 Freightliner Two Axles | 800000 | $16,550.00 |
| 2013 Freightliner | 620000 | $18,350.00 |
| 2013 Freightliner | 650000 | $18,350.00 |
| 2013 Freightliner | 650000 | $18,350.00 |
| 2013 Freightliner Two Axles | 650000 | $16,750.00 |
| 2013 Freightliner Two Axles | 880000 | $13,850.00 |
| 2014 Freightliner Need Repair | 585000 | $23,250.00 |
| 2014 Freightliner | 625000 | $24,500.00 |
| 1994 Ford | 1200000 | $5,500.00 |
| 1994 Ford | 1475000 | $4,500.00 |
| 2010 Ford | 780000 | $7,850.00 |
| 2010 Ford | 400000 | $9,500.00 |
| TOTAL | | $399,950.00 |

| Trailers | FMV-2017 |
|---|---|
| 1995 Wabas | $750.00 |
| 1997 TRLMO | $850.00 |
| 1997 STOUG | $850.00 |
| 1997 TRLMO | $850.00 |
| 1998 GRTDN | $1,200.00 |
| 1999 DORSE | $1,200.00 |
| 1999 DORSE | $1,200.00 |
| 1999 GRTDN | $1,950.00 |
| 1999 GRTDN | $1,950.00 |
| 2000 WABAS | $2,250.00 |
| TOTAL | $13,050.00 |
| TOTAL TRUCKS AND TRAILERS | $413,000.00 |

## Balance Due for Trucks

| Descriptions | Loan No. | Balance Due |
|---|---|---|
| BMO/GE | 90136262524 | $133,197.00 |
| Wells Fargo Bank | 001-0320798-701 | $115,734.96 |
| Wells Fargo Bank | 001-0320798-702 | $116,083.25 |
| | Total Due | $365,015.21 |

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| **PLAINTIFFS**<br>Robert L. Whitmore, Chapter 7 Trustee | **DEFENDANTS**<br>Nelson Francia |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Reid & Hellyer, APC   951-682-1771<br>P.O. Box 1300<br>Riverside, CA 92502-1300 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☒ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 542 AND 543

## NATURE OF SUIT

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☒ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation
     (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Lucia Francia | BANKRUPTCY CASE NO.<br>6:19-bk-13413WJ | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central | DIVISION OFFICE<br>Riverside | NAME OF JUDGE<br>Wayne Johnson |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Douglas A. Plazak | | |
| DATE   August 18, 2020 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Douglas A. Plazak | |

**INSTRUCTIONS**

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3685 Main Street, Suite 300, Riverside,CA 92501
Mailing: P.O. Box 1300, Riverside, CA 92502-1300

A true and correct copy (1) of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:
COMPLAINT FOR TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 542 AND 543
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/19/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Douglas A Plazak    dplazak@rhlaw.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Robert Whitmore    rswtrustee@yahoo.com, rwhitmore@ecf.axosfs.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/19/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Defendant: Nelson Francia dba Nelson Francia Trucking Company, 3149 Petrol Road, BAkersfield, CA 93308

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/19/2020 | Wendy M. Patrick | /s/ Wendy M. Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 3    F 7004-1.SUMMONS.ADV.PROC